**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE:  **Rosemary Greene**                              CASE NO

                                                                              CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/30/2017                              Signature  /s/ Rosemary Greene
                                                                               *Rosemary Greene*

Date                                          Signature

Alameda County Tax Collector
1221 Oak St. Rm 131
Oakland, CA 94612-4685


Aldon Bolanos
700 E Street
Suite 1000
Sacramento, CA 95814


Atty Gen, US Dept of Justice
Civil Trial Sec., Western Reg.
PO Box 683, Ben Franklin Stat.
Washington, DC 20044


Bank of America
Mailstop CA 6-919-01-23
400 National Way
Simi Valley, CA  93065


Barrett Daffin
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765


Bosco Kante
465-C Canyone Oaks Drive
Oakland, CA 94605


Capital One Auto Finance
7933 Preston Road
Plano, TX 75024-2302


Carol Tatum
201 Ordway Street
San Francisco, CA  94134


ChexSystems
Consumer Relations
7805 Hudson Rd., #100
Woodbury, MN 55125

```
David Roth
1425 Leimert Blvd.
Suite 405
Oakland, CA  94602


Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Insolvency, Mail Stop 1400S
1301 Clay Street
Oakland, CA 94612-5210


Navient
P.O. Box 9500
Wilkes-Barre, PA 18773-9500



Real TIme Resolutions
P.O. Box 36655
Dallas, TX 75235



U.S. Atty, Chief Tax Division
450 Golden Gate Ave.
10th Floor, Box 36055
San Francisco, CA 94102


Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA  50306
```