Certificate Number: 00478-CAN-CC-029511197



00478-CAN-CC-029511197

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 30, 2017, at 11:13 o'clock AM PDT, Rosemary Greene received from Springboard Nonprofit Consumer Credit Management, Inc., dba credit.org, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: June 30, 2017

By: /s/Paula Waples for Paula Waples

Name: Paula Waples

Title: Bankruptcy Supervisor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Case: 17-41704    Doc# 6    Filed: 07/05/17    Entered: 07/05/17 12:06:09    Page 1 of 1