```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                             Case No. 17-41704-CN
Rosemary Greene                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: mtartagli            Page 1 of 2         Date Rcvd: Jul 05, 2017
                              Form ID: 309I              Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
```
db             +Rosemary Greene,    P.O. Box 2344,    Oakland, CA 94614-0344
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                 Sacramento, CA  94279)
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,   Oakland, CA 94612-1463
ust            +Office of the U.S. Trustee/Oak,    Office of the United States Trustee,
                 Phillip J. Burton Federal Building,    450 Golden Gate Ave. 5th Fl., #05-0153,
                 San Francisco, CA 94102-3661
14589496       +Alameda County Tax Collector,    1221 Oak St. Rm 131,    Oakland, CA 94612-4223
14589497       +Aldon Bolanos,    700 E Street,    Suite 1000,   Sacramento, CA 95814-1209
14589498       +Atty Gen, US Dept of Justice,    Civil Trial Sec., Western Reg.,
                 PO Box 683, Ben Franklin Stat.,    Washington, DC 20044-0683
14589500       +Barrett Daffin,    20955 Pathfinder Road, Suite 300,    Diamond Bar, CA 91765-4029
14589501       +Bosco Kante,    465-C Canyone Oaks Drive,    Oakland, CA 94605-3855
14589503       +Carol Tatum,    201 Ordway Street,    San Francisco, CA 94134-2128
14589505       +David Roth,   1425 Leimert Blvd.,    Suite 405,   Oakland, CA 94602-1852
14589511       +U.S. Atty, Chief Tax Division,    450 Golden Gate Ave.,    10th Floor, Box 36055,
                 San Francisco, CA 94102-3661
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@moranlaw.net Jul 06 2017 01:50:25      Cathleen Cooper Moran,
                 Moran Law Group, Inc.,    1674 N Shoreline Blvd. #140,    Mountain View, CA  94043-1375
tr             +E-mail/Text: 13trustee@oak13.com Jul 06 2017 01:50:32      Martha G. Bronitsky,   P.O. Box 5004,
                 Hayward, CA 94540-5004
smg             EDI: EDD.COM Jul 06 2017 01:48:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,   Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jul 06 2017 01:48:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
14589499       +EDI: BANKAMER.COM Jul 06 2017 01:48:00      Bank of America,    Mailstop CA 6-919-01-23,
                 400 National Way,    Simi Valley, CA 93065-6414
14589502        EDI: CAPONEAUTO.COM Jul 06 2017 01:48:00      Capital One Auto Finance,    7933 Preston Road,
                 Plano, TX 75024-2302
14591242       +EDI: AISACG.COM Jul 06 2017 01:48:00      Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 201347,    Arlington, TX 76006-1347
14589504        +Fax: 602-659-2196 Jul 06 2017 03:00:01      ChexSystems,    Consumer Relations,
                 7805 Hudson Rd., #100,    Woodbury, MN 55125-1595
14589506        EDI: CALTAX.COM Jul 06 2017 01:48:00      Franchise Tax Board,   Special Procedures,
                 PO Box 2952,    Sacramento, CA 95812-2952
14589507       +EDI: IRS.COM Jul 06 2017 01:48:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14589509        EDI: NAVIENTFKASMSERV.COM Jul 06 2017 01:48:00      Navient,    P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
14589510       +E-mail/Text: bkdepartment@rtresolutions.com Jul 06 2017 01:50:50      Real TIme Resolutions,
                 P.O. Box 36655,    Dallas, TX 75235-1655
14589512       +EDI: WFFC.COM Jul 06 2017 01:48:00      Wells Fargo Home Mortgage,    P.O. Box 10368,
                 Des Moines, IA 50306-0368
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14589508*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Insolvency, Mail Stop 1400S,
                 1301 Clay Street,    Oakland, CA 94612-5210)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          Cathleen Cooper Moran    on behalf of Debtor Rosemary  Greene ecf@moranlaw.net,  renee@moranlaw.net
          Martha G. Bronitsky     13trustee@oak13.com
          Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                          TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rosemary Greene** | Social Security number or ITIN xxx–xx–0306 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of California | Date case filed for chapter 13  6/30/17 |
| Case number: | 17–41704 CN 13 | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosemary Greene | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 2344<br>Oakland, CA 94614 | |
| 4. | **Debtor's attorney**<br>Name and address | Cathleen Cooper Moran<br>Moran Law Group, Inc.<br>1674 N Shoreline Blvd. #140<br>Mountain View, CA 94043–1375 | Contact phone (650) 694–4700 |
| 5. | **Bankruptcy trustee**<br>Name and address | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540 | Contact phone (510) 266–5580 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br>Contact phone 510–879–3600<br>Date: 7/5/17 |

**For more information, see page 2**

Debtor **Rosemary Greene**                                                                    Case number **17–41704 CN 13**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612** |
| **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors | | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/10/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/8/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/27/17** |
| **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, Hearing on Plan Confirmation** | If the debtor has already filed a proper Chapter 13 Plan, the Plan or a summary of the plan is enclosed. If the debtor has not yet filed a proper Chapter 13 Plan, the Plan or summary will be sent separately. Notice of confirmation hearing will be sent separately.<br>The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments called for in the plan, not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A chapter is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

Case: 17-41704    Doc# 9    Filed: 07/07/17    Entered: 07/07/17 21:25:42    Page 4 of 4