

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700

Attorney for Debtor

Entered on Docket
July 17, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 17, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 13
)
ROSEMARY GREENE, ) Bankruptcy No. 17-41704
)
)
)
)
)
Debtor. )
_____ ) HON. CHARLES NOVACK

**ORDER EXTENDING TIME FOR FILING**
**SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN**

Upon the ex parte motion of Rosemary Greene, debtor, for an extension of time to file schedules, statement of financial affairs, statement of current monthly income and Chapter 13 Plan and good cause appearing therefore,

IT IS HEREBY ORDERED that the debtor shall file with this court schedules of assets and liabilities, statement of financial affairs, statement of current monthly income, and Chapter 13 Plan on or before August 4, 2017.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All participants are ECF filers.