**Fill in this information to identify your case and this filing:**

| | | |
|---|---|---|
| Debtor 1 | **Rosemary** | **Greene** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **17-41704 CN**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**8000 Hansom Dr, Oakland, CA 94612**

**Primary Residence**

**Alameda**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: **43A-4662-81**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$775,000.00** | **$775,000.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Owner**

☐ Check if this is community property
(see instructions)

| 1.2. | What is the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**8009 Greenridge Dr #1-4, Oakland, CA 94605**

**Investment Property, 4-plex**

**Alameda**
County

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **40A-3457-74-78**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$900,000.00** | **$900,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Owner**

☐ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................ ➡ | **$1,675,000.00** |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1.
Make:   **Mercedes**
Model:   **C Class Sport Sedan**
Year:   **2013**
Approximate mileage:   **80,000**

Other information:
**condition: fair**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,900.00** | **$15,900.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................ ➡ | **$15,900.00** |

---

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Case: 17-41704   Doc# 15   Filed: 08/04/17   Entered: 08/04/17 16:19:26   Page 2 of 40

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....  **See continuation page(s).**                                    $8,015.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....  **Electronics**                                                  $1,500.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe.....  **Misc. Art**                                                    $50.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  **38 MM**                                                        $500.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  **Clothing**                                                     $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....  **Jewerly**                                                      $1,000.00

                         **(1 diamond cluster cocktail ring**
                         **1 gucci watch**
                         **1 mexican topaz ring**
                         **1 cubic zirconium tennis bracelet**
                         **1 pair of gold hoop earrings)**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes. Give specific
    information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here.......................................................................................** ➔   $11,565.00

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes..................................................................................................... Cash: ......................... __**$100.00**__

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...........................    Institution name:

       17.1.    Checking account:    **Chase Bank Account #:-3550**                                __**$2,000.00**__

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific information about
    them..........................    Name of entity:                            % of ownership:

            **Debtor is an Independent Contractor**

            **(Broker at Golden Gate Sothebys International Realty with no listings nor open escrows)**                    **100%**                __**$0.00**__

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific information about
    them..........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes.  List each account separately.    Type of account:    Institution name:

            Pension plan:    **John Hancock Life In**                                __**$0.00**__

**Case: 17-41704    Doc# 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 4 of 40**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- ☑ No
- ☐ Yes............................           Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

- ☑ No
- ☐ Yes............................     Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- ☑ No
- ☐ Yes............................     Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☑ No
- ☐ Yes.  Give specific                                                                        _____
  information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes.  Give specific                                                                        _____
  information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☐ No
- ☑ Yes.  Give specific       **Broker License**                                            _____ **$0.00**
  information about them
                            **(Status: active)**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes.  Give specific information                      Federal: _____
  about them, including whether
  you already filed the returns                          State: _____
  and the tax years......................
                                                         Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes.  Give specific information                     Alimony: _____

                                                       Maintenance: _____

                                                       Support: _____

                                                       Divorce settlement: _____

                                                       Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes.  Give specific information                                                          _____

Case: 17-41704   Doc# 15   Filed: 08/04/17   Entered: 08/04/17 16:19:26   Page 5 of 40

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes.  Name the insurance
     company of each policy
     and list its value............... Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information                                                      _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes.  Describe each claim........  **Possible claims against Bosco Kante and daughter, Maya Greene**          **$0.00**
                                    **and their entities for breach of fiduciary duty and theft of rental**
                                    **property funds, etc.**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☒ No
☐ Yes.  Describe each claim........                                                    _____

**35. Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific information                                                      _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here...................................................................** ➔  | **$2,100.00** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☒ Yes.  Go to line 38.

                                                                          Current value of the
                                                                          portion you own?
                                                                          Do not deduct secured
                                                                          claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes.  Describe..                                                                     _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
          desks, chairs, electronic devices

☒ No
☐ Yes.  Describe..                                                                     _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☒ Yes.  Describe..  **Tools used for Independent Contractor work:**                     **$500.00**

          **1 HP laptop**

**41.  Inventory**

☑ No
☐ Yes.  Describe..

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                              % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................ ➔  | $500.00 |

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information...............

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................ ➔  | $0.00 |

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    _Examples:_ Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................➔ | **$0.00** |

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................................➔ | **$1,675,000.00** |

56. **Part 2: Total vehicles, line 5**                          **$15,900.00**

57. **Part 3: Total personal and household items, line 15**          **$11,565.00**

58. **Part 4: Total financial assets, line 36**                    **$2,100.00**

59. **Part 5: Total business-related property, line 45**             **$500.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**       +     **$0.00**

62. **Total personal property.**    Add lines 56 through 61................. | **$30,065.00** |    Copy personal property total    ➔    +    **$30,065.00**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62......................................................... | **$1,705,065.00** |

**6.**   **Household goods and furnishings (details):**

**Household goods and furnishings**    **$8,000.00**

**Books**    **$15.00**

Official Form 106A/B    **Schedule A/B: Property**    page 9

| | | |
|---|---|---|
| Debtor 1 | **Rosemary** | **Greene** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **17-41704 CN**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Investment Property, 4-plex**<br>**Parcel: 40A-3457-74-78**<br>Line from *Schedule A/B*: __1.2__ | **$900,000.00** | ☒ __$25,175.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description:<br>**Household goods and furnishings**<br>Line from *Schedule A/B*: __6__ | **$8,000.00** | ☒ __$8,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description:<br>**Books**<br>Line from *Schedule A/B*: __6__ | **$15.00** | ☒ __$15.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Case: 17-41704   Doc# 15   Filed: 08/04/17   Entered: 08/04/17 16:19:26   Page 10 of 40

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Electronics** <br><br> Line from *Schedule A/B*: **7** | **$1,500.00** | ☑ **$1,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| Brief description: **Misc. Art** <br><br> Line from *Schedule A/B*: **8** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **38 MM** <br><br> Line from *Schedule A/B*: **10** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Clothing** <br><br> Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Jewerly** <br><br> **(1 diamond cluster cocktail ring** <br> **1 gucci watch** <br> **1 mexican topaz ring** <br> **1 cubic zirconium tennis bracelet** <br> **1 pair of gold hoop earrings)** <br> Line from *Schedule A/B*: **12** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(4)** |
| Brief description: **Chase Bank Account #:-3550** <br><br> Line from *Schedule A/B*: **17.1** | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| Brief description: **Tools used for Independent Contractor work:** <br><br> **1 HP laptop** <br> Line from *Schedule A/B*: **40** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(6)** |

Case: 17-41704    Doc# 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 11 of 40

**Fill in this information to identify your case:**

Debtor 1    __Rosemary__                    __Greene__
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __NORTHERN DIST. OF CALIFORNIA__

Case number    __17-41704 CN__
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Bank of America**
Creditor's name
**Mailstop CA 6-919-01-23**
Number    Street
**400 National Way**

_____

**Simi Valley        CA    93065**
City            State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    _____

**adjustable rate mortgage**

Describe the property that secures the claim:

**8009 Greenridge Dr #1-4, Oakland, CA 94605**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    __7  9  7  7__

|  | $136,000.00 | $900,000.00 | _____ |

Add the dollar value of your entries in Column A on this page. Write that number here:

| $136,000.00 |

Case: 17-41704    Doc# 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 12 of 40

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Bushkin's Educational Trust**
Creditor's name
**(a trust for the benefit of Che'Kante)**
Number    Street
**4100 Redwood Rd. #118**

Describe the property that secures the claim:    **$50,000.00**    **$900,000.00**

**8009 Greenridge Dr #1-4,
Oakland, CA 94605**

**Oakland          CA    94169**
City                State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number ____ ____ ____ ____

---

**2.3**

**Capital One Auto Finance**
Creditor's name
**7933 Preston Road**
Number    Street

Describe the property that secures the claim:    **$24,083.22**    **$15,900.00**    **$8,183.22**

**2013 Mercedes Benz C250W**

**Plano          TX    75024-2302**
City                State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number    **9    6    6    1**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:    **$74,083.22**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.4**

**Carol Tatum**
Creditor's name
**201 Ordway Street**
Number    Street

_____

**San Francisco    CA    94134**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:      **$15,721.00      $775,000.00**

**8000 Hansom Dr, Oakland, CA 94612**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

**City of Oakland**
Creditor's name
**1 Frank H. Ogawa Plaza**
Number    Street

_____

**Oakland          CA    94612**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:      **$2,135.52      $900,000.00**

**8009 Greenridge Drive #1-4, Oakland, CA 94605**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**delinquent business tax debts and administrative fees**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**            **$17,856.52**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.6**

**City of Oakland**
Creditor's name
**1 Frank H. Ogawa Plaza**
Number    Street

_____

| **Oakland** | **CA** | **94612** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**delinquent business tax debts and administrative fees**

Describe the property that secures the claim:

**8009 Greenridge Drive #1-4, Oakland, CA 94605**

Amount of claim: **$2,313.06**    Value of collateral: **$900,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

---

**2.7**

**East Bay Municipal Utility District**
Creditor's name
**375 11st Street, mail stop #106**
Number    Street

_____

| **Oakland** | **CA** | **94607** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**8009 Greenridge Drive #1-4, Oakland, CA 94605**

Amount of claim: **$1,216.65**    Value of collateral: **$900,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number **0 0 0 1**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$3,529.71**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.8**

| | Describe the property that secures the claim: | **$903,269.81** | **$775,000.00** | **$143,990.81** |
|---|---|---|---|---|

**Wells Fargo Home Mortgage**
Creditor's name
**P.O. Box 10368**
Number      Street

**8000 Hansom Dr, Oakland, CA 94612**

_____

**Des Moines        IA        50306**
City                State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**   Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number**   **2   8   9   8**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| **$903,269.81** |
|---|

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**

| **$1,134,739.26** |
|---|

Case: 17-41704     Doc# 15     Filed: 08/04/17     Entered: 08/04/17 16:19:26     Page 16 of 40

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**    **Barrett Daffin**    On which line in Part 1 did you enter the creditor?    **2.8**
Name
**20955 Pathfinder Road, Suite 300**    Last 4 digits of account number    **0    1    4    1**
Number        Street


**Diamond Bar**    **CA**    **91765**
City    State    ZIP Code
**foreclosure trustee**

**2**    **Real Time Resolutions**    On which line in Part 1 did you enter the creditor?    **2.1**
Name
**P.O. Box 36655**    Last 4 digits of account number    ___  ___  ___  ___
Number        Street


**Dallas**    **TX**    **75235**
City    State    ZIP Code
**holder of released deed of trust on fourplex**

Case: 17-41704    Doc: 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 17 of 40

## Fill in this information to identify your case:

Debtor 1    **Rosemary**        **Greene**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number   **17-41704 CN**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,554.18 | $2,554.18 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Insolvency, Mail Stop 1400S**
Number    Street
**1301 Clay Street**

**Oakland**      **CA**    **94612-5210**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**2016 Taxes**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| 4.1 | | **$0.00** |
|---|---|---|

**Alameda County Tax Collector**
Nonpriority Creditor's Name
**1221 Oak Street, Room 131**
Number      Street

**Oakland            CA    94612-4285**
City                     State     ZIP Code

**Who incurred the debt?**    Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Notice Only**

| 4.2 | | **$0.00** |
|---|---|---|

**Atty Gen, US Dept of Justice**
Nonpriority Creditor's Name
**Civil Trial Sec., Western Reg.**
Number      Street
**PO Box 683, Ben Franklin Stat.**

**Washington        DC    20044**
City                     State     ZIP Code

**Who incurred the debt?**    Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $0.00 |
|---|---|---|

**Capital One Auto Finance,**
Nonpriority Creditor's Name
**a division of Capital One, N.A.**
Number       Street
**P.O. Box 165028**

**Irving**              **TX**    **75016**
City                 State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   6   6   1**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Notice Only**

| 4.4 | | $0.00 |
|---|---|---|

**ChexSystems**
Nonpriority Creditor's Name
**Consumer Relations**
Number       Street
**7805 Hudson Rd., #100**

**Woodbury**              **MN**    **55125**
City                 State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Notice Only**

| 4.5 | | $0.00 |
|---|---|---|

**Franchise Tax Board**
Nonpriority Creditor's Name
**Special Procedures**
Number       Street
**PO Box 2952**

**Sacramento**              **CA**    **95812-2952**
City                 State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Taxes**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

### 4.6

|  | **$0.00** |
|---|---|

**Garrett F. Riegg**
Nonpriority Creditor's Name
**Attorney at Law & Trustee**
Number    Street
**1946 Embarcadero**

**Oakland          CA      94606-5213**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Notice Only**

### 4.7

|  | **$94.22** |
|---|---|

**Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operations**
Number    Street
**PO Box 7346**

**Philadelphia        PA      19101**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2016 Taxes penalties**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Taxes**

### 4.8

|  | **$35,000.00** |
|---|---|

**Navient**
Nonpriority Creditor's Name
**P.O. Box 9500**
Number    Street

**Wilkes-Barre        PA      18773-9500**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other.  Specify

Case: 17-41704   Doc# 15   Filed: 08/04/17   Entered: 08/04/17 16:19:26   Page 21 of
40

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.9 | | $0.00 |

**Navient**
Nonpriority Creditor's Name
**U.S. Dept. of Education Loan Servicing**
Number        Street
**P.O. Box 9635**

**Wilkes-Barre         PA      18773-9635**
City                          State       ZIP Code

Last 4 digits of account number  __ __  __ __  __ __  __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.10 | | $0.00 |

**Navient**
Nonpriority Creditor's Name
**P.O. Box 9640**
Number        Street

**Wilkes-Barre         PA      18773-9640**
City                          State       ZIP Code

Last 4 digits of account number  __ __  __ __  __ __  __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.11 | | $0.00 |

**U.S. Atty, Chief Tax Division**
Nonpriority Creditor's Name
**450 Golden Gate Ave.**
Number        Street
**10th Floor, Box 36055**

**San Francisco       CA      94102**
City                          State       ZIP Code

Last 4 digits of account number  __ __  __ __  __ __  __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Aldon Bolanos**
Name
**700 E Street**
Number      Street
**Suite 1000**

**Sacramento**          **CA**    **95814**
City                    State    ZIP Code

attorney in Wells Fargo suit

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Bosco Kante**
Name
**465-F Canyon Oaks Drive**
Number      Street

**Oakland**             **CA**    **94605**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**David Roth**
Name
**1425 Leimert Blvd.**
Number      Street
**Suite 405**

**Oakland**             **CA**    **94602**
City                    State    ZIP Code

attorney in Kante suit

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|---------------------------------------------------|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |                                                                              |     | Total claim |
|-----|------------------------------------------------------------------------------|-----|-------------|
| 6a. | **Domestic support obligations**                                             | 6a. | **$0.00**   |
| 6b. | **Taxes and certain other debts you owe the government**                     | 6b. | **$2,554.18** |
| 6c. | **Claims for death or personal injury while you were intoxicated**           | 6c. | **$0.00**   |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00**   |
| 6e. | **Total.**  Add lines 6a through 6d.                                         | 6d. | **$2,554.18** |

**Total claims from Part 2**

|     |                                                                                                                     |     | Total claim |
|-----|---------------------------------------------------------------------------------------------------------------------|-----|-------------|
| 6f. | **Student loans**                                                                                                   | 6f. | **$35,000.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**          | 6g. | **$0.00**   |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                                               | 6h. | **$0.00**   |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here.                                    | 6i. + | **$94.22**  |
| 6j. | **Total.**  Add lines 6f through 6i.                                                                                | 6j. | **$35,094.22** |

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 7

Fill in this information to identify your case:

Debtor 1        __Rosemary__                    __Greene__
                First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: __NORTHERN DIST. OF CALIFORNIA__

Case number     __17-41704 CN__
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Bosco Kante**<br>Name<br>**4100 Redwood Rd. #118**<br>Number   Street<br><br>**Oakland**          **CA**     **94619**<br>City                          State    ZIP Code | property management, lease and cost reimbursement agreement (Hansom property as a vacation rental) Dated as of Feb 1st 2014 Contract to be REJECTED |
| 2.2 | **Bosco Kante & Maya Greene**<br>Name<br>**4100 Redwood Rd. #118**<br>Number   Street<br><br>**Oakland**          **CA**     **94619**<br>City                          State    ZIP Code | property management, lease and cost reimbursement agreement for 4 units (4 plex, rental property) Dated as of Feb 1st 2014 Contract to be REJECTED |
| 2.3 | **Bosco Kante & Maya Greene**<br>Name<br>**4100 Redwood Rd. #118**<br>Number   Street<br><br>**Oakland**          **CA**     **94619**<br>City                          State    ZIP Code | property management, lease and cost reimbursement agreement for the 4 plex rental property and Hansom. Dated March 13, 2013. Contract to be REJECTED |
| 2.4 | **La Vida Dolce Development Company**<br>Name<br><br>Number   Street<br><br>City                          State    ZIP Code | 4-plex rental property project management and administration to complete condo conversation and sale of all 4 units Dated October 15, 2007. Contract to be REJECTED |

| Debtor 1 | **Rosemary** | | **Greene** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number (if known)   **17-41704 CN**

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No

☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No.  Go to line 3.

☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

☑ No

☐ Yes

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

Case: 17-41704    Doc# 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 26 of 40

**Fill in this information to identify your case:**

Debtor 1 **Rosemary** **Greene**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **17-41704 CN**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Real Estate Broker** | |
| **Employer's name** | **Golden Gate Sotheby's International** | |
| **Employer's address** | **Two Tunnel Road**<br>Number  Street | Number  Street |
| | **Berkeley        CA    94605**<br>City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    **$0.00** | |
| 3. | **Estimate and list monthly overtime pay.** | 3. +  **$0.00** | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.    **$0.00** | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ ➔ | 4. | $0.00 | |

**5.** List all payroll deductions:

| | | | |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | |
| **5e.** Insurance | 5e. | $0.00 | |
| **5f.** Domestic support obligations | 5f. | $0.00 | |
| **5g.** Union dues | 5g. | $0.00 | |
| **5h.** Other deductions. Specify: _____ | 5h. + | $0.00 | |

**6.** **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    **6.**    $0.00

**7.** **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    **7.**    $0.00

**8.** List all other income regularly received:

| | | | |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $5,808.27 | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | $0.00 | |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | $0.00 | |
| **8e.** Social Security | 8e. | $1,760.00 | |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | |
| **8g.** Pension or retirement income | 8g. | $22.25 | |
| **8h.** Other monthly income. Specify: **VA Supp.** | 8h. + | $832.00 | |

**9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    **9.**    $8,422.52

**10.** **Calculate monthly income.**  Add line 7 + line 9.    **10.**    $8,422.52  **+**  _____  **=**  $8,422.52
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    **11.** **+**    $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    **12.**    $8,422.52
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:  **Debtor's rental property income is projected. She expects to have the 4-plex rented out with new tenants soon. Debtor works as a realtor. Her income is very sporadic.**

Case: 17-41704    Doc# 15    Filed: 08/04/17    Entered: 08/04/17 16:19:26    Page 28 of 40

8a. Attached Statement (Debtor 1)

## Business Expenses

**Gross Monthly Income:** $150.00

| Expense | Category | Amount |
|---|---|---|
| Car Repairs | Repairs and Maintenance | **$150.00** |
| Gas | Gasoline | **$166.00** |
| Supplies | Misc. Supplies | **$26.00** |
| Taxes and Licenses | Licenses | **$69.66** |
| MLS | Professional Fees | **$205.00** |
| Cell phone | Telephone | **$101.50** |
| Errors & Omissions Insurance | Insurance | **$40.00** |
| Key Fees | Key | **$12.91** |
| Advertising | Advertising | **$30.00** |
| Professional Development | Professional Fees | **$41.66** |

**Total Monthly Expenses**        $842.73

**Net Monthly Income:**        ($692.73)

8a.  Attached Statement (Debtor 1)

### Greenridge 4-plex rental property

**Gross Monthly Income:**                                                                          **$8,000.00**

| Expense | Category | Amount |
|---------|----------|--------|
| Mortgage | Mortgage | **$2,500.00** |
| Landscaping/Gardening | Utilities | **$150.00** |
| Property Management Fees | Utilities | **$608.00** |
| Utilities | Utilities | **$366.00** |
| Building Maintenance | Materials & Equipment | **$575.00** |

**Total Monthly Expenses**                                                                          **$4,199.00**

**Net Monthly Income:**                                                                          **$3,801.00**

Official Form 106I                          **Schedule I: Your Income**                          page 4

8a.  Attached Statement (Debtor 1)

### Residential Apartment

**Gross Monthly Income:**                                                                     **$3,000.00**

| Expense | Category | Amount |
|---|---|---|
| Maintenance and Upkeep | Expenses | **$300.00** |

**Total Monthly Expenses**                                                                    **$300.00**

**Net Monthly Income:**                                                                       **$2,700.00**

**Fill in this information to identify your case:**

Debtor 1    **Rosemary**        **Greene**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **NORTHERN DIST. OF CALIFORNIA**

Case number    **17-41704 CN**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,323.17** (See continuation sheet(s) for details) |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses   (See continuation sheet(s) for details) | 4c. | **$350.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$7.08** |

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | **(See continuation sheet(s) for details)** | 6a. | **$92.00** |
| | 6b. Water, sewer, garbage collection | **(See continuation sheet(s) for details)** | 6b. | **$30.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | **(See continuation sheet(s) for details)** | 6c. | **$190.00** |
| | 6d. Other. Specify: _____ | | 6d. | |
| 7. | **Food and housekeeping supplies** | **(See continuation sheet(s) for details)** | 7. | **$540.00** |
| 8. | **Childcare and children's education costs** | | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | **(See continuation sheet(s) for details)** | 9. | **$205.00** |
| 10. | **Personal care products and services** | **(See continuation sheet(s) for details)** | 10. | **$330.00** |
| 11. | **Medical and dental expenses** | **(See continuation sheet(s) for details)** | 11. | **$169.97** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | **(See continuation sheet(s) for details)** | 12. | **$80.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | **(See continuation sheet(s) for details)** | 13. | **$58.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | |
| | 15b. Health insurance | | 15b. | |
| | 15c. Vehicle insurance | | 15c. | **$91.66** |
| | 15d. Other insurance. Specify: _____ | | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | |
| | 17b. Car payments for Vehicle 2 | | 17b. | |
| | 17c. Other. Specify: _____ | | 17c. | |
| | 17d. Other. Specify: _____ | | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | | 20a. | |
| | 20b. Real estate taxes | | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | |
| | 20e. Homeowner's association or condominium dues | | 20e. | |

**21. Other.** Specify: _____    21.    **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. |

22a.    Add lines 4 through 21.    22a.    **$4,466.88**

22b.    Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

22c.    Add line 22a and 22b.  The result is your monthly expenses.    22c.    **$4,466.88**

**23. Calculate your monthly net income.**

23a.    Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$8,422.52**

23b.    Copy your monthly expenses from line 22c above.    23b.    **−** **$4,466.88**

23c.    Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.    **$3,955.64**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.    Explain here:

**4.     The rental or home ownership expense for your residence (details):**
**Mortgage Hansom Drive**                                                         $2,323.17

                                                          Total:        __$2,323.17__

**4c.   Maintenance, repair, and upkeep expenses for your residence (details):**
**Yard care**                                                                     $150.00
**Upkeep and Repairs**                                                            $200.00

                                                          Total:        __$350.00__

**6a.   Electricity, heat, natural gas (details):**
**Electricity**                                                                   $92.00

                                                          Total:        __$92.00__

**6b.   Water, sewer, garbage collection (details):**
**Garbage**                                                                       $30.00

                                                          Total:        __$30.00__

**6c.   Telephone, cell phone, Internet, satellite, and cable services (details):**
**Cable**                                                                         $190.00

                                                          Total:        __$190.00__

**7.     Food and housekeeping supplies (details):**
**Food**                                                                          $540.00

                                                          Total:        __$540.00__

**9.     Clothing, laundry, and dry cleaning (details):**
**Clothing**                                                                      $150.00
**Laundry/Dry Cleaning**                                                          $55.00

                                                          Total:        __$205.00__

**10.   Personal care products and services (details):**
**Grooming**                                                                      $330.00

                                                          Total:        __$330.00__

**11.   Medical and dental (details):**
**Prescriptions**                                                                 $159.97
**Eye Care**                                                                      $10.00

                                                          Total:        __$169.97__

**12.   Transportation (details):**
**Car repairs and maintenance**                                                   $30.00
**Gas**                                                                           $50.00

Case: 17-41704   Doc# 15   Filed: 08/04/17   Entered: 08/04/17 16:19:26   Page 35 of
40

|  | Total: | $80.00 |

13. **Entertainment, clubs, recreation, newspapers, magazines, and books (details):**
   **Entertainment**                                                              $58.00

|  | Total: | $58.00 |

Addendum to Rosemary Greene Schedules

This debtor is 80 years old and the management of her fourplex and the apartment portion of her home on Hansom Drive have been under the control and management of the debtor's daughter Maya Greene, aka Maya Kante, and Bosco Kante, or entities controlled by them (collectively, the "Kante Parties") for as long as a decade.

While debtor has reported income on her tax returns derived from those properties, she has seen none of the income. Nor does she have records under her control to show where those funds have gone.

It appears likely that debtor has been a victim of elder financial abuse and other torts. Debtor's plan will reject all agreements between herself and the Kante Parties.

As of July, debtor has engaged a property consultant in place to assist in managing the fourplex and finding tenants for the Hansom apartment.

When debtor obtains access to the financial records of the rental properties, these schedules may require amendment.

**Fill in this information to identify your case:**

Debtor 1    **Rosemary**        **Greene**
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number   **17-41704 CN**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | **$1,675,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | **$30,065.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | **$1,705,065.00** |

## Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$1,134,739.26** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$2,554.18** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$35,094.22** |
| | **Your total liabilities** | **$1,172,387.66** |

## Part 3:   Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................................. | **$8,422.52** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................................... | **$4,466.88** |

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

**7.    What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

| | $854.25 |
|---|---|

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | Total claim |
|---|---|

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---|
| 9a.  Domestic support obligations.  (Copy line 6a.) | | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | | $2,554.18 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | | $35,000.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + | $0.00 |
| 9g.  **Total.**  Add lines 9a through 9f. | | $37,554.18 |

Case 17-41704    Doc# 15    Filed 09/04/17    Entered 09/04/17 16:19:26    Page 39 of 40

**Fill in this information to identify your case:**

Debtor 1    **Rosemary**          **Greene**
_____
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number **17-41704 CN**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Rosemary Greene_____          X _____
Rosemary Greene, Debtor 1                                      Signature of Debtor 2

Date   08/04/2017_____                                     Date _____
     MM / DD / YYYY                                             MM / DD / YYYY