MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| ROSEMARY GREENE, | ) | Bankruptcy No. 17-41704 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. CHARLES NOVACK |

**NOTICE AND OPPORTUNITY TO OBJECT TO CHAPTER 13 PLAN**

TO ALL CREDITORS:

Notice is hereby given that the Debtor has filed a Chapter 13 plan, a copy of which is enclosed. You have 28 days from August 4, 2017 to object to the plan. Objections in the Chapter 13 plan shall be filed and served upon the debtor, the debtor's counsel and the Chapter 13 Trustee.

MORAN LAW GROUP, INC.


Dated: 08/04/2017        /s/ Cathleen Cooper Moran
                         CATHLEEN COOPER MORAN