MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re:                                  ) Chapter 13
                                        )
ROSEMARY GREENE,                        ) Bankruptcy No. 17-41704
                                        )
                                        )
                                        )
                                        )
            Debtor.                     )
_____ ) HON. CHARLES NOVACK

## CERTIFICATE OF SERVICE BY MAIL & NOTICE OF ELECTRONIC FILING

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 7, 2017, I served a copy, with all exhibits, of the following documents:

**1)  CHAPTER 13 PLAN**

**2)  NOTICE AND OPPORTUNITY TO OBJECT TO CHAPTER 13 PLAN**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**SEE ATTACHED LIST**

The Chapter 13 Trustee and US Trustee will receive such notice upon the electronic filing of these documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 4, 2017, at Mountain View, California.

                                                /s/ Maryann Z. Sparelic
                                                Maryann Z. Sparelic

| | | |
|---|---|---|
| Alameda County Tax Collector<br>1221 Oak Street, Room 131<br>Oakland, CA 94612-4285 | Aldon Bolanos<br>700 E Street<br>Suite 1000<br>Sacramento, CA 95814 | Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044 |
| Bank of America<br>Mailstop CA 6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065 | Barrett Daffin<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | Bosco Kante<br>465-F Canyon Oaks Drive<br>Oakland, CA 94605 |
| Bosco Kante<br>4100 Redwood Rd. #118<br>Oakland, CA 94619 | Bosco Kante & Maya Greene<br>4100 Redwood Rd. #118<br>Oakland, CA 94619 | Bushkin's Educational Trust<br>(a trust for the benefit of Che'Kante)<br>4100 Redwood Rd. #118<br>Oakland, CA 94169 |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | Capital One Auto Finance,<br>a division of Capital One, N.A.<br>P.O. Box 165028<br>Irving, TX 75016 | Carol Tatum<br>201 Ordway Street<br>San Francisco, CA 94134 |
| ChexSystems<br>Consumer Relations<br>7805 Hudson Rd., #100<br>Woodbury, MN 55125 | City of Oakland<br>1 Frank H. Ogawa Plaza<br>Oakland, CA 94612 | David Roth<br>1425 Leimert Blvd.<br>Suite 405<br>Oakland, CA 94602 |
| East Bay Municipal Utility District<br>375 11st Street, mail stop #106<br>Oakland, CA 94607 | Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Garrett F. Riegg<br>Attorney at Law & Trustee<br>1946 Embarcadero<br>Oakland, CA 94606-5213 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service<br>Insolvency, Mail Stop 1400S<br>1301 Clay Street<br>Oakland, CA 94612-5210 | Navient<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Navient<br>U.S. Dept. of Education Loan<br>Servicing<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Navient<br>P.O. Box 9640<br>Wilkes-Barre PA 18773-9640 | Real Time Resolutions<br>P.O. Box 36655<br>Dallas, TX 75235 |
| U.S. Atty, Chief Tax Division<br>450 Golden Gate Ave.<br>10th Floor, Box 36055<br>San Francisco, CA 94102 | Wells Fargo Home Mortgage<br>P.O. Box 10368<br>Des Moines, IA 50306 | |