Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Rosemary Greene | Chapter 13 Case Number: 17-41704-CN 13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on October 24, 2017 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: September 05, 2017

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| 1 | In Re | | Chapter 13 Case Number: |
| --- | --- | --- | --- |
| 2 | Rosemary Greene | | 17-41704-CN 13 |
| 3 | Debtors(s) | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

September 05, 2017                                    /s/Rammet Munoz Rubio
                                                      Rammet Munoz Rubio

                                                      Moran Law Group
Rosemary Greene                                       1674 N Shoreline Blvd #140
Po Box 2344                                           Mountain View,CA 94043
Oakland,CA 94614

                                                      (Counsel for Debtor)
(Debtor(s))

Bank Of America
Mailstop Ca 6-919-01-23
400 National Way
Simi Valley, CA  93065-0000

Aldridge Pite Llp
4375 Jutland Dr #200
Po Box 17933
San Diego, CA  92177

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024

Capital One Auto Finance
Po Box 165028
Irving, TX  75016-0000

Bank Of America
Po Box 31785
Tampa, FL  33631

| | | |
|---|---|---|
| 1 | Bank Of America<br>Po Box 31785<br>Tampa, FL  33631 | |
| 2 | | |
| 3 | | |
| 4 | Bank Of America<br>Po Box 660933<br>Dallas, TX  752660933<br>(Creditor) | Capital One Auto Finance<br>A Division Of Capital One, N.A.<br>Po Box 165028<br>Irving, TX  00000<br>(Creditor) |
| 5 | | |
| 6 | Bank Of America<br>Po Box 660933<br>Dallas, TX  752660933<br>(Creditor) | Capital One Auto Finance,<br>A Division Of Capital One, N.A.<br>P.O. Box 165028<br>Irving, TX  75016<br>(Creditor) |
| 7 | | |
| 8 | | |
| 9 | Barrett Daffin<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765<br>(Creditor) | |
| 10 | | Capital One, N.A. Department<br>Attn: Capital One Auto Finance,<br>A Division Of Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX  75016<br>(Creditor) |
| 11 | | |
| 12 | Real Time Resolutions<br>P.O. Box 36655<br>Dallas, TX  75235<br>(Creditor) | |
| 13 | | |
| 14 | | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 15 | Wells Fargo Home Mortgage<br>P.O. Box 10368<br>Des Moines, IA  50306<br>(Creditor) | |
| 16 | | |
| 17 | Capital One Auto/Ascension Capital<br>Po Box 201347<br>Arlington, TX  76006<br>(Creditor) | Bushkin'S Educational Trust<br>(A Trust For The Benefit Of Che'Kan<br>4100 Redwood Rd. #118<br>Oakland, CA  94169<br>(Creditor) |
| 18 | | |
| 19 | | |
| 20 | Bank Of America Mortgage<br>Aldridge Pite, Llp<br>C/O Jamie D. Hanawalt<br>4375 Jutland Drive, Suite 200<br>San Diego, CA  921770933<br>(Creditor) | Carol Tatum<br>201 Ordway Street<br>San Francisco, CA  94134<br>(Creditor) |
| 21 | | |
| 22 | | |
| 23 | | City Of Oakland<br>1 Frank H. Ogawa Plaza<br>Oakland, CA  94612<br>(Creditor) |
| 24 | Alameda County Tax Collector<br>1221 Oak St. Rm 131<br>Oakland, CA  946124685<br>(Creditor) | |
| 25 | | |
| 26 | | East Bay Municipal Utility District<br>375 11St Street, Mail Stop #106<br>Oakland, CA  94607<br>(Creditor) |
| 27 | Bosco Kante<br>465-F Canyon Oaks Drive<br>Oakland, CA  94605<br>(Creditor) | |
| 28 | | |

| | | |
|---|---|---|
| 1 | City Of Oakland<br>1 Frank H. Ogawa Plaza<br>Oakland, CA  94612<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 2 | | |
| 3 | | |
| 4 | Capital One Auto Finance, A Division Of Cap<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX  75016<br>(Creditor) | Navient<br>P.O. Box 9500<br>Wilkes-Barre, PA  187739500<br>(Creditor) |
| 5 | | |
| 6 | | |
| 7 | Alameda County Tax Collector<br>1221 Oak Street, Room 131<br>Oakland, CA  946124285<br>(Creditor) | Navient<br>P.O. Box 9640<br>Wilkes-Barre Pa 18773-9640<br>,  187739640<br>(Creditor) |
| 8 | | |
| 9 | | |
| 10 | Aldon Bolanos<br>700 E Street<br>Suite 1000<br>Sacramento, CA  95814<br>(Creditor) | Navient<br>U.S. Dept. Of Education Loan Servicing<br>P.O. Box 9635<br>Wilkes-Barre, PA  187739635<br>(Creditor) |
| 11 | | |
| 12 | | |
| 13 | Bosco Kante<br>465-C Canyone Oaks Drive<br>Oakland, CA  94605<br>(Creditor) | |
| 14 | | |
| 15 | | |
| 16 | Chexsystems<br>Consumer Relations<br>7805 Hudson Rd., #100<br>Woodbury, MN  55125<br>(Creditor) | |
| 17 | | |
| 18 | | |
| 19 | David Roth<br>1425 Leimert Blvd.<br>Suite 405<br>Oakland, CA  94602<br>(Creditor) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) | |
| 24 | | |
| 25 | Garrett F. Riegg<br>Attorney At Law & Trustee<br>1946 Embarcadero<br>Oakland, CA  946065213<br>(Creditor) | |
| 26 | | |
| 27 | | |
| 28 | | |