Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Rosemary Greene | 17-41704-CN 13 |

WITHDRAWAL
OF
Motion To Dismiss Or Convert Chapter 13 Case For Failure To Make Plan Payments

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion To Dismiss Or Convert Chapter 13 Case For Failure To Make Plan Payments for the above named Chapter 13 Case which was filed on August 11, 2017, same being court docket #25.

Date: September 06, 2017          /s/ Martha G. Bronitsky
                                  Signature of Martha G. Bronitsky
                                  Chapter 13 Standing Trustee

| In Re: | Chapter 13 Case No: |
| --- | --- |
| Rosemary Greene | 17-41704-CN 13 |

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rosemary Greene
Po Box 2344
Oakland,CA 94614

(Debtor(s))

Moran Law Group
1674 N Shoreline Blvd #140
Mountain View,CA 94043

(Counsel for Debtor(s))

Date: September 06, 2017

/s/ Lydia Santiago
Lydia Santiago