Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of: | Case No: 17-41704 CN13 |
|---|---|
| Rosemary Greene | Chapter 13 |
| Debtor | Stipulation to Extend Deadline to File Complaint to Determine Dischargeability of Debts |

This Stipulation is entered into by and between Rosemary Greene (hereinafter referred to as "Debtor"), by and through her attorney of record, Cathleen Moran; and Bosco and Maya Kante (hereinafter referred to as "Creditors"), by and through their attorney of record, Andrew Christensen.

The parties hereby stipulate to extend the deadline for Creditors Bosco and Maya Kante and any of their related entities to object to the dischargeability of a debt. The original deadline under B.R. 4007 for objection to discharge under §523 is October 10, 2017. This deadline shall be extended indefinitely, subject to revocation with 30 days' notice by either party.

Dated: 10/6/2017

Andrew J. Christensen
Attorney for Creditors

Dated: 10-6-17

Cathleen Cooper Moran
Attorney for Debtor