Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In the Matter of: ) Case No: 17-41704 CN13
)
Rosemary Greene ) Chapter 13
)
) Creditors' Opposition to Debtor's Objection
Debtor ) to Proof of Claim 5-1
)
)

    Creditors Bosco and Maya Kante respond to the Objection to Proof of Claim 5-1 filed by Debtor on 11/13/2017 as docket number 53, and oppose each objection. These issues are anticipated to be resolved through evidentiary hearing or arbitration, or consolidated with an upcoming adversary proceeding.

Dated:   December 4, 2017          /s/ Andrew J. Christensen
                                                            Andrew J. Christensen
                                                            Attorney for Creditors