```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                              Case No. 17-41704-CN
Rosemary Greene                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: rasingh            Page 1 of 1           Date Rcvd: Dec 08, 2017
                              Form ID: NTCPOC          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
```
db             +Rosemary Greene,    P.O. Box 2344,     Oakland, CA 94614-0344
14589503       +Carol Tatum,    201 Ordway Street,     San Francisco, CA 94134-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
```
              Andrew Christensen    on behalf of Creditor Bosco and Maya Kante andrew@californiahomelawyer.com,
               R61919@notify.bestcase.com
              Cathleen Cooper Moran    on behalf of Debtor Rosemary Greene ecf@moranlaw.net, renee@moranlaw.net
              Edward A. Treder    on behalf of Creditor    Wells Fargo Bank, N.A. ndcaecf@BDFGroup.com
              Jamie D. Hanawalt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB5 ecfcanb@aldridgepite.com,    jhanawalt@ecf.inforuptcy.com
              Jamie D. Hanawalt    on behalf of Creditor    Bank of America Mortgage ecfcanb@aldridgepite.com,
               jhanawalt@ecf.inforuptcy.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
              Renee C. Mendoza    on behalf of Debtor Rosemary Greene ecf@moranlaw.net, renee@moranlaw.net
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: | Rosemary Greene | Case No.: 17–41704 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 12/7/17

Claim Number: 7

Creditor: Carol Tatum

Dated: 12/8/17                            For the Court:

                                                                Edward J. Emmons
                                                                Clerk of Court
                                                                United States Bankruptcy Court