Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Rosemary Greene

debtor(s)

Chapter 13 Case No. 17-41704-CN 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

HEARING DATE: December 19, 2017
HEARING TIME: 1:30 pm
LOCATION: Courtroom 215

Nima Ghazvini, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Cathy Moran on December 05, 2017. Remaining issues:

1. Plan is not feasible: Debtor has a pending loan modification application

2. Plan does not fund due to Bosco and Maya Kante's proof of claim (Doc. #5); payment to Carol Tamtum in Section 2.05 runs over 72 months

3. Motion to Dismiss for Failure to Make Plan Payments (up 12/27)

Ms. Moran informs Trustee's counsel that Debtor and Bosco Kante have exchanged settlement offers but the issue will probably not be resolved through a settlement agreement. Debtor has submitted nearly all documents necessary for her loan modification application. Debtor will amend the plan to provide for Carol Tatum's claim to be paid with interest. Amended Plan may be filed after the issue of Bosco Kante's claim is litigated.

1 | OTHER OBJECTING PARTIES: Bosco Kante (Doc. #51)

2 | Date: December 11, 2017                    /s/ Nima Ghazvini
3 |                                            _____
                                               Signature of Nima Ghazvini
                                               Staff Attorney for Martha G. Bronistky

| In re | |
|---|---|
| Rosemary Greene debtor(s) | Chapter 13 Case No. 17-41704-CN 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Rosemary Greene<br>Po Box 2344<br>Oakland,CA 94614 | Moran Law Group<br>1674 N Shoreline Blvd #140<br>Mountain View,CA 94043 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 12/11/2017 | /s/ Martha Silva<br>Martha Silva |