Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of:<br><br>Rosemary Greene<br><br>Debtor | Case No: 17-41704 CN13<br><br>Chapter 13<br><br>Joint Pre-Hearing Statement<br><br>Confirmation Hearing:<br>December 19, 2017, 1:30 pm |

The parties meet and conferred on 12/11/2017 through counsel, Andrew J. Christensen for Creditors Bosco and Maya Kante, and Cathy Moran for Debtor Rosemary Greene. The parties discussed the merits of the objection, and settlement options, and settlement methods, including the potential use of judicial mediation. No conclusive agreement was reached on the merits or method of resolution, but the parties are continuing to work toward a settlement solution.

Dated: December 11, 2017         /s/ Andrew J. Christensen
                                 Andrew J. Christensen
                                 Attorney for Creditors