| | |
|---|---|
| 1 | BRANDYE N. FOREMAN |
| | CA NO. 277110 |
| 2 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| 3 | 20955 PATHFINDER ROAD |
| 4 | SUITE 300 |
| | DIAMOND BAR, CA 91765 |
| 5 | Phone: (626) 915-5714, Fax: (972) 661-7726 |
| | E-mail: NDCAECF@BDFGROUP.COM |
| 6 | File No. 7215684 |
| 7 | |
| | Attorney for Movant |
| 8 | WELLS FARGO BANK, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| In re:<br>ROSEMARY GREENE<br><br><br>Debtor. | CASE NO.: 17-41704-CN-13<br>CHAPTER: 13<br>R.S. NO.: EAT-_1881___<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: January 05, 2018<br>TIME: 10:00 a.m.<br>PLACE: U. S. Bankruptcy Court<br>Courtroom 215,<br>1300 Clay Street<br>Oakland, CA 94612 |
|---|---|

Secured Creditor, WELLS FARGO BANK, N.A. ("Movant") hereby moves the court for an Order Terminating Automatic Stay for cause pursuant to *11 U.S.C. Section 362(d)(1)* on the grounds hereafter set forth:

1. On June 30, 2017, the Debtor ROSEMARY GREENE commenced this voluntary Chapter 13 case in the United States Bankruptcy Court for the Northern District of California,

1
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Oakland Division, Case No. 17-41704. Martha G. Bronitsky is the duly appointed, qualified and acting Chapter 13 Trustee. The Debtor's Chapter 13 Plan has not been confirmed.

2. The court has subject matter jurisdiction over this Motion for Relief from the Automatic Stay under the provisions of *28 U.S.C. Section 157(b)* and *11 U.S.C. Section 362*. Venue in this court is proper under the provisions of *28 U.S.C. Sections 1408* and *1409*.

3. The Debtor's estate includes real property commonly known as **8000 HANSOM DR., OAKLAND, CA 94605-4209** and legally described in the attached Deed of Trust.

4. Movant, its successors and assigns, is the current holder of a Promissory Note in the original sum of $661,600.00 executed on or about April 25, 2007 by Debtor ROSEMARY GREENE in favor of WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. The Note is secured by a Deed of Trust ("Security Instrument") against said real property recorded on April 30, 2007 as Doc. No. 2007167560 in the Office of the County Recorder of Alameda County, California. The terms of the Debt Agreement were amended by the attached loan modification agreement entered into by and between Wachovia Mortgage, a division of Wells Fargo Bank, N.A. and the Debtor ROSEMARY GREENE dated May 18, 2009 (the "Loan Modification Agreement").

5. Pursuant to the attached Merger Movant was formerly known as World Savings Bank, FSB. Effective December 31, 2007, World Savings Bank, FSB's charter and by laws were amended to change its name to Wachovia Mortgage, FSB. Effective November 1, 2009, Wachovia Mortgage, FSB converted to a national bank with the name Wells Fargo Bank Southwest Association.

Additionally, effective November 1, 2009, Wells Fargo Bank, National Association merged into and became a division of Wells Fargo Bank, National Association.

6. The Debtor defaulted in her monthly payment obligations prior to bankruptcy filing, and a Proof of Claim itemizing the Debtors' pre-petition default has been filed. Movant's foreclosure trustee has commenced foreclosure proceedings by recording a Notice of Default on August 28, 2013 and a Notice of Trustee Sale was recorded December 18, 2013, and another on November 07, 2014, and another on May 31, 2017. There is currently a Trustee Sale date scheduled for January 17, 2018.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor as of December 04, 2017:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 6 | 07/01/2017 | 12/01/2017 | $3,356.07 | $1,135.59 | $4,491.66 | $26,949.96 |
| **Less post-petition partial payments (suspense balance):** | | | | | **($0.00)** | |
| | | | | | **Total:** | **$26,949.96** |

8. Debtor's loan was modified prior to the bankruptcy filing. As of the date of the attached Declaration, Debtor is not being reviewed for a new loan modification.

9. The Debtor's material default constitutes cause to terminate the automatic stay under 11 U.S.C. Section 362(d)(1) so that Movant can progress enforcement of its contractual default remedies to foreclose upon and recover possession of the real property. *See In re Ellis*, 60 B.R. 432, 434-435 (9th Cir. BAP 1985).

WHEREFORE, Movant prays for an Order as follows:

1. For an order granting relief from the automatic stay under *11 U.S.C. Section 362(d)(1)* to allow moving party to enforce its state law foreclosure remedies against the real property

described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

    2.    That the Order Granting Relief from the Automatic Stay be binding and effective notwithstanding any conversion of this case to a case under any Chapter of *Title 11* of the *United States Code* without further notice, hearing, or court order.

    3.    That the Order Granting Motion for Relief from the Automatic Stay be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a )(3)* of the *Federal Rules of Bankruptcy Procedure*.

    4.    For such other relief as the court deems proper.

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

Dated: December 18, 2017        By: /s/BRANDYE N. FOREMAN
BRANDYE N. FOREMAN
Attorney for Movant