Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Rosemary Greene | 17-41704-CN 13 |

### WITHDRAWAL
### OF
### Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments for the above named Chapter 13 Case which was filed on December 06, 2017, same being court docket #55.

Date: December 19, 2017

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re: | Chapter 13 Case No: |
| Rosemary Greene | 17-41704-CN 13 |

## Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rosemary Greene                     Moran Law Group
Po Box 2344                         1674 N Shoreline Blvd #140
Oakland,CA 94614                    Mountain View,CA 94043

(Debtor(s))                         (Counsel for Debtor(s))

Date: December 19, 2017             /s/ Martha Ivania Silva
                                    Martha Ivania Silva