```
                           United States Bankruptcy Court
                           Northern District of California
```

In re:                                                      Case No. 17-41704-CN
Rosemary Greene                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-4      User: tprorok      Page 1 of 1      Date Rcvd: Dec 26, 2017
                             Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.
14613774      The Bank of New York Mellon,   Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2017 at the address(es) listed below:
         Andrew Christensen   on behalf of Creditor Bosco and Maya Kante andrew@californiahomelawyer.com, R61919@notify.bestcase.com
         Brandye N. Foreman   on behalf of Creditor   Wells Fargo Bank, N.A. NDCAECF@BDFGROUP.COM
         Cathleen Cooper Moran   on behalf of Debtor Rosemary Greene ecf@moranlaw.net, renee@moranlaw.net
         Edward A. Treder   on behalf of Creditor   Wells Fargo Bank, N.A. ndcaecf@BDFGroup.com
         Jamie D. Hanawalt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB5 ecfcanb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
         Jamie D. Hanawalt   on behalf of Creditor   Bank of America Mortgage ecfcanb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
         Martha G. Bronitsky   13trustee@oak13.com
         Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov
         Renee C. Mendoza   on behalf of Debtor Rosemary Greene ecf@moranlaw.net, renee@moranlaw.net
                                                                                                                                                                 TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Northern District of California
Case No. 17-41704
Chapter 13

In re: Debtor(s) (including Name and Address)

Rosemary Greene
P.O. Box 2344
Oakland CA 94614

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: The Bank of New York Mellon, Bank of America, P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON ASSETBACKED
CERTIFICATES, SERIES 2005-AB5
c/o Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/28/17

Edward J. Emmons
**CLERK OF THE COURT**