Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward,CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Rosemary Greene

debtor(s)

Chapter 13 Case No. 17-41704-CN 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

HEARING DATE:   January 23, 2018
HEARING TIME:    1:30 pm
LOCATION:       Courtroom 215

Leo G. Spanos, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Cathy Moran on January 16, 2018.  Remaining issues:

(1)  The Debtor must file an amended plan decreasing the claim of Carol Tatum to $8,000 (to match the proof of claim) to ensure that the claim will fund.  (2)  The loan modification with Wells Fargo as per section 2.08 must be resolved as a condition of confirmation.  (3)  The language with respect to Bushkin's Educational Trust in section 5 (saying it was disputed and Debtor was not contractually due) must be removed.  (4)  The Debtor seeks to have the disputes with Bosco Kante resolved in a global agreement (incorporating the objection to claim, the confirmation issues, and issues in a soon to be filed adversary complaint).  Prior to the hearing, the Debtor hopes to file a motion to reopen the Debtor's prior Chapter 7 case to file a motion for discharge violation and an adversary complaint.  Once the issues are resolved, the Debtor will file an amended plan that pays 100 percent to unsecured creditors.

Date: January 16, 2018

/s/ Leo G. Spanos
_____
Signature of Leo G. Spanos
Staff Attorney for Martha G. Bronitsky

| | |
|---|---|
| In re<br>　　Rosemary Greene<br>　　　　　　debtor(s) | Chapter 13 Case No. 17-41704-CN 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rosemary Greene  　　　　　　　　　　　Moran Law Group
Po Box 2344  　　　　　　　　　　　　　 1674 N Shoreline Blvd #140
Oakland,CA 94614  　　　　　　　　　　　Mountain View,CA 94043

(Debtor(s))  　　　　　　　　　　　　　　(Counsel for Debtor)

Date: 1/16/2018  　　　　　　　　　　　　/s/ Martha Silva
　　　　　　　　　　　　　　　　　　　　Martha Silva