Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | Case No: 17-41704 CN13 |
| Rosemary Greene | Chapter 13 |
| Debtor | Pre-Hearing Statement of Creditors Bosco and Maya Kante |
| | Confirmation Hearing: January 23, 2018, 1:30 pm |

Counsel for the parties met and conferred by email on 1/17/2018. No issues have been resolved. No meaningful progress has been made on advancing the resolution of this case or settlement since the last confirmation hearing. The Court will have to address all issues in the amended objection to confirmation on the merits.

The Court will also be asked to address whether to consolidate the objection to confirmation with the objection to claim and likely adversary proceedings. The Debtor proposes to consolidate all disputes and resolve them simultaneously. The creditor opposes this on the grounds that it is inappropriate and will needlessly drag out resolution of this case.

The confirmation issues should be addressed separately from the objection to claim and other dischargeability disputes because the objections based on bad faith will bar confirmation even if the Debtor were to propose a plan that could fund and complied with all other requirements, and even if the final amount of the Creditors' claim has been adjudicated.

Creditors request that the Court deny confirmation and dismiss the case without further hearing because the Debtor is not making meaningful progress to propose a

confirmable plan, or move the case forward on the objection to claim, nor responding to the Creditors' amended objection to confirmation. Because the Debtor has not opposed or responded to the Kantes' amended objection to confirmation, it is unclear what facts are in dispute (if any). There appears to be no further need for an evidentiary hearing since the Debtor is not disputing any of the alleged facts or otherwise moving the case forward.

In the alternative, if the Court determines to set an evidentiary hearing on the issues raised in the amended objection to confirmation, Creditors request that it be set as soon as possible to avoid further delays. The Creditors believe that a half-day evidentiary hearing should be sufficient to resolve any factual issues in dispute. This would mostly be for the testimony of the Debtor, and therefore a hearing set within 14 days would be reasonable.

Dated:  December 17, 2017  /s/ Andrew J. Christensen
Andrew J. Christensen
Attorney for Creditors