MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re:                                    ) Chapter 13
                                          )
ROSEMARY GREENE,                          ) Bankruptcy No. 17-41704
                                          )
                                          ) Date: January 23, 2018
                                          ) Time: 1:30 p.m.
                                          ) Place: Room 215
              Debtor.                     )
_____) HON. CHARLES NOVACK

## **MOTION TO CONTINUE PREHEARING CONFERENCE**

The Debtor seeks to continue the prehearing conference to the next available calendar due to the illness of debtor's counsel. Cathleen Moran is under a doctor's care and currently has the flu and has no voice.

Ms. Moran is the attorney at Moran Law Group, Inc. who has significant familiarity with the issues in this case.

The office sought the agreement of other parties to the Greene case to continue the prehearing conference. The Chapter 13 trustee agreed to the continuance. Creditor Bosco Kante's counsel refused to join in a stipulation for continuance.

Wherefore, the Debtor, by and through her counsel, hereby requests that the

/ / /

/ /

1  prehearing conference be continued to the next available calendar or February 27, 2018 at
2  1:30 p.m.

3                                             MORAN LAW GROUP, INC.

4  Dated:  01/18/2018                         /s/ Renee C. Mendoza
5                                             RENEE C. MENDOZA