MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 13
)
ROSEMARY GREENE, ) Bankruptcy No. 17-41704
)
) Date: January 23, 2018
) Time: 1:30 p.m.
) Place: Courtroom 215
Debtor. )
_____ ) HON. CHARLES NOVACK

**DECLARATION OF CATHLEEN COOPER MORAN IN
SUPPORT OF CONTINUANCE OF PREHEARING CONFERENCE**

I, CATHLEEN COOPER MORAN, declare:

1. I am counsel for Rosemary Greene in this matter. I am the only attorney at Moran Law Group, Inc. with significant familiarity with the issues in this case.

2. I have been sick since December 29, 2017. I left work that day ill and have only been able to return to the office sporadically for short periods of time over the ensuing weeks.

3. I have been under a doctor's care since it became clear my illness was not resolving in the manner of a common cold.

4. One consequence of my illness is the loss of my voice. I have difficulty speaking more than a sentence or two without coughing. I cannot project my voice reliably.

5. My law partner, Renee Mendoza, sought the agreement of other parties to the Greene case to continue the prehearing. The Chapter 13 Trustee agreed to a continuance. Creditor Bosco Kante's counsel (despite knowing about my illness) refused to continue the prehearing.

6. I don't believe there would be any prejudicial delay by continuing the prehearing conference to the next available calendar.

I declare under penalty of perjury the foregoing is true and correct. Executed on January 18, 2018 at Menlo Park, CA.

                                    /s/ Cathleen Cooper Moran
                                    CATHLEEN COOPER MORAN