Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco Kante and Maya Kante

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No: 17-41704 CN13 |
| Rosemary Greene | Chapter 13 |
| Debtor | Creditor's Opposition to Debtor's Motion for Continuance of Scheduling Conference Hearing |
| | Confirmation Hearing: January 23, 2018, 1:30 pm |

    Creditors are amenable to a continuance of the scheduling conference hearing on account of Counsel's illness, but request that the continuance be for 7 days rather than 35 days. The Debtor's motion was filed on 1/19/2018, docket number 69. Continuing the scheduling conference hearing for over a month will cause unnecessary and prejudicial delay in reaching a final evidentiary hearing on the merits.

    The Kantes propose a short continuance of one week if possible, with a request that the parties file statements with proposals for the substance and timing for setting a final evidentiary hearing on any disputed facts related to the objection to confirmation.

Dated:  January 19, 2018                             /s/ Andrew J. Christensen
                                                                           Andrew J. Christensen
                                                                           Attorney for Creditors