**Entered on Docket**
**January 22, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700

Attorney for Debtor

The following constitutes
the order of the court. Signed January 22, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | |
|---|---|
| In Re: | Chapter 13 |
| ROSEMARY GREENE, | Bankruptcy No. 17-41704 |
| | Date: January 23, 2018<br>Time: 1:30 p.m.<br>Place: Room 215 |
| Debtor. | HON. CHARLES NOVACK |

**ORDER CONTINUING PREHEARING CONFERENCE**

The Court having reviewed the Motion to Continue Prehearing Conference and good cause appearing,

IT IS HEREBY ORDERED THAT the prehearing conference is continued from January 23, 2018 to **February 27, 2018 at 1:30 p.m.**

**END OF ORDER**

**COURT SERVICE LIST**

All participants are ECF filiers.