MELISSA A. VERMILLION
CA NO. 241354
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
PHONE: (626) 915-5714, FAX: (972) 661-7726
FILE NO. 00000007215684
E-MAIL: NDCAECF@BDFGROUP.COM

Attorneys for Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br>ROSEMARY GREENE<br><br>Debtor. | CASE NO.: 17-41704-CN-13<br>CHAPTER: 13<br>R.S. NO.: EAT-1881<br><br>STIPULATION RE: ADEQUATE PROTECTION<br><br>DATE: February 23, 2018<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 215, 2nd Floor<br>1300 Clay Street<br>Oakland, CA 94612 |

IT IS HEREBY STIPULATED by and between Movant, WELLS FARGO BANK, N.A., ("Movant"), and Debtor ROSEMARY GREENE, through their respective attorneys of record, hereby stipulate as follows:

1. That the automatic stay shall remain in effect with respect to that certain real property commonly known as **8000 HANSOM DRIVE, OAKLAND, CA 94605-4209** (the "Property"), subject to the following payment terms and conditions.

1
STIPULATION

2. The Debtor has cured the post-petition default through January 2018.

3. The Debtor shall resume making their regular monthly payments in a timely manner commencing on February 01, 2018, and within the grace period allowed by the terms of the promissory note. The current monthly payment is $4,491.66, but is subject to change pursuant to the terms of the promissory note.

4. Funds should be sent and made payable to: **WELLS FARGO BANK, N.A., Attn: Cashiering Dept., P.O. BOX 14507, DES MOINES, IA 50306**. The Debtor's loan number should be notated on each payment.

5. If any payment is not timely received, Movant shall serve written notice upon the Debtor and Debtor's attorney (by facsimile), allowing the Debtor fourteen (14) calendar days from the date of service to cure the default. If Movant does not receive the amount in default before the expiration of said fourteen-day period, Movant may submit a declaration re: breach of condition and final relief order, which the Court may enter without further notice or hearing.

6. Debtor shall be entitled up to three (3) such notices of default and opportunities to cure. Once a Debtor has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

7. In the event this case is converted to another Chapter of the Bankruptcy Code or the automatic stay is terminated as a matter of law, the terms of this Stipulation shall immediately cease in effect and become null and void.

8. Payments made to Movant pursuant to this Stipulation for Adequate Protection shall not prejudice its rights under its Note, Deed of Trust, Notice of Default, or Publication of Sale, if any.

PREPARED BY:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**


/s/ MELISSA A. VERMILLION          Dated: 02/05/2018
MELISSA A. VERMILLION
Attorneys for Movant


APPROVED AS TO FORM AND CONTENT:

**MORAN LAW GROUP, INC.**

_____          Dated: 1-30-18
CATHLEEN COOPER MORAN
RENEE C. MENDOZA
Attorneys for Debtor