Entered on Docket
February 06, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed February 6, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

MELISSA A. VERMILLION
CA NO. 241354
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
PHONE: (626) 915-5714, FAX: (972) 661-
FILE NO. 00000007215684
E-MAIL: NDCAECF@BDFGROUP.COM

Attorney for Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br>  ROSEMARY GREENE<br><br>                Debtor. | CASE NO.:    17-41704-CN-13<br>CHAPTER:     13<br>R.S. NO.:       EAT-1881<br><br>ORDER ON STIPULATION RE:<br>ADEQUATE PROTECTION<br><br>DATE:    February 23, 2018<br>TIME:    10:00 a.m.<br>PLACE:   U.S. Bankruptcy Court<br>         Courtroom 215, 2nd Floor<br>         1300 Clay Street<br>         Oakland, CA 94612 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the terms and provisions contained in the Stipulation Re: Adequate Protection filed on February 5, 2018 as Docket Entry No. 75 is hereby granted and made an order of the court.

**END OF ORDER**

**COURT SERVICE LIST**

Intentionally Left Blank