Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Leo G. Spanos, SBN 261837, Staff Attorney
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Rosemary Greene

debtor(s)

Chapter 13 Case No. 17-41704-CN 13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

HEARING DATE: February 27, 2018
HEARING TIME: 1:30 pm
LOCATION: Courtroom 215

Nima Ghazvini, Staff Attorney for Martha G Bronitsky, Chapter 13 Trustee met and conferred with Cathy Moran on February 06, 2018. Remaining issues:

1. Plan is not feasible: Debtor has not obtained a loan modification (Section 2.08)

2. Plan does not fund

Ms. Moran has informed Trustee's counsel that Debtor will amend the plan and propose a 100% dividend. Ms. Moran will check on Debtor's progress in obtaining a loan modification and Debtor is also considering a refinancing option. The amended plan, to be filed within a week, is expected to narrow the scope of objections, though the dispute with Bosco Kante will likely not be resolve until further hearing or trial.

OTHER OBJECTING PARTIES: Bosco Kante's Objection to Confirmation (Doc. #51)

Date: February 07, 2018

/s/ Nima Ghazvini
Signature of Nima Ghazvini
Staff Attorney for Martha G. Bronistky

| 1 | In re | |
|---|---|---|
| 2 | Rosemary Greene  debtor(s) | Chapter 13 Case No. 17-41704-CN 13 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rosemary Greene
Po Box 2344
Oakland,CA 94614

(Debtor(s))

Date: 2/7/2018

Moran Law Group
1674 N Shoreline Blvd #140
Mountain View,CA 94043

(Counsel for Debtor)

/s/ Martha Silva
Martha Silva