

Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco and Maya Kante

The following constitutes
the order of the court. Signed March 15, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-41704 CN13 |
| Rosemary Greene | Chapter 13 |
| Debtor | **Order on Stipulation Continuing Confirmation Hearing** |

The stipulation of the parties entered into on March 14, 2018, docket number 95 is hereby approved. The confirmation hearing set for the Motion to Dismiss for March 23, 2018 at 11:00 AM shall be continued to March 30, 2018 at 11:00 AM.

***END OF ORDER***

Court Service List