

The following constitutes
the order of the court. Signed March 19, 2018

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

ROSEMARY GREENE,

        Debtor.

Case No.  17-41704 CN
Chapter 13

**ORDER EXTENDING TIME IN CONNECTION WITH MMM PROGRAM**

    The Court having reviewed the application for extension of time in connection with the MMM program and amended Chapter 13 plan and good cause appearing:

    **IT IS HEREBY ORDERED** that the Debtor has until **March 29, 2018** to obtain an Order directing the parties to proceed under the MMM program, to upload her loan modification package under the MMM program, and file an amended Chapter 13 plan incorporating the MMM program language.

* * * END OF ORDER * * *

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

ORDER EXTENDING TIME

1

**COURT SERVICE LIST**

Recipients are ECF participants

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER EXTENDING TIME**