MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 13
)
ROSEMARY GREENE, ) Bankruptcy No. 17-41704
)
) Date: June 8, 2018
) Time: 11:00 a.m.
) Place: 1300 Clay Street
) Courtroom 215
) Oakland, CA
Debtor. )
_____ ) HON. CHARLES NOVACK

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD**

The provisions of the California Rules of Professional Conduct, Rule 3-700, subdivision (C)(4) requires the withdrawal of counsel when the attorney's mental or physical condition renders it difficult for the member to carry out the employment effectively.

As stated in the Declaration of Cathleen Cooper Moran due to Ms. Moran's recent health diagnosis and the complex and highly disputed nature of this case she is unable to continue to effectively represent Ms. Greene.

California Rules of Professional Conduct 3-700(C)(4) provides that an attorney may request permission of the Court to withdraw as counsel of record if the member's

(4) mental or physical condition renders it difficult for the member to carry out t the

1

employment effectively.

If a reason is given, an attorney should normally be permitted to withdraw unless prejudice to any party would result. Ramirez v. Sturdevant, (1994) 21 Cal. App 4th 904.

At the time of this writing, Moran Law Group, Inc had yet to receive a signed substitution of attorney nor word that the Debtor has retained new counsel to take over this case.

Accordingly, Moran Law Group should be permitted to withdraw as counsel of record.

MORAN LAW GROUP

Date: 05/08/2018 /s/ Renée C. Mendoza
RENÈE C. MENDOZA