Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com


Attorney for Creditors
Bosco Kante and Maya Kante

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | ) Case No: 17-41704 CN13 |
| | ) |
| Rosemary Greene | ) Chapter 13 |
| | ) |
| | ) **Notice of Hearing on Creditor's Motion for** |
| Debtor | ) **Scheduling Order** |
| | ) |
| | ) Hearing: |
| | ) June 15, 2018 |
| | 11:00 AM |
| | 1300 Clay Street. |

      **Please Take Notice**: Creditors Bosco Kante and Maya Kante have filed a Motion for Scheduling Order. The hearing on this Motion shall be at the time and place specified above. Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

      This motion is made to request that the hearing on the motion to dismiss be heard before and separate from the hearing on the claim objection.

Dated:   May 18, 2018                /s/ Andrew Christensen
                                           Andrew Christensen
                                           Attorney for Creditors

1  Andrew J. Christensen (SBN: 260748)
   Attorney at Law
2  1970 Broadway, Suite 550
   Oakland, CA 94612
3  Tel: (510) 761-7183
   Fax: (510) 680-3430
4  Andrew@CaliforniaHomeLawyer.com

5

   Attorney for Creditors
6  Bosco Kante and Maya Kante

7
                    **UNITED STATES BANKRUPTCY COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**

9
   In the Matter of:                      )  Case No:  17-41704 CN13
10                                         )
   Rosemary Greene                         )  Chapter 13
11                                         )
                                           )  Certificate of Service
12                Debtor                   )
                                           )  Hearing:
13                                         )  June 15, 2018
                                           )  11:00 AM
14  _____    1300 Clay Street.

15      I, Andrew J. Christensen, declare that I am a citizen of the United States, over 18
   years of age, employed in Alameda County, and not a party to the within action. My business
16  address is 1970 Broadway, Suite 550, Oakland, CA 94612.   On August 29, 2017 I served the
   following document on the parties listed below by first class mail according to our ordinary
17  business practices, in a sealed envelope, with paid postage, in Oakland California.
   **Creditor's Motion for Scheduling Order, and Notice of Hearing**
18
        I declare under penalty of perjury that the foregoing is true and correct and that this
19  Declaration was executed on the following date at Oakland, California.

20  Dated:  May 18, 2018                          /s/ Andrew J. Christensen
                                               Andrew J. Christensen
21                                             Attorney At Law
   First Class Mail:
22  Rosemary Green
   PO Box 2344
23  Oakland, CA 94614

24  Electronic Service:

25  United States Trustee

26  Martha Bronitsky, Chapter 13 Trustee

27

28