DONNA R. ZIEGLER [142415]
County Counsel
FARAND KAN [203980]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
E-mail: farand.kan@acgov.org

Attorneys for County of Alameda Treasurer-Tax Collector

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In Re: | Case No.: 17-41704 CN |
|---|---|
| Rosemary Greene | Chapter 13 |
| Debtor(s). | **CREDITOR COUNTY OF ALAMEDA TREASURER – TAX COLLECTOR'S OBJECTION TO PLAN** |

Creditor County of Alameda Treasurer - Tax Collector ("Tax Collector"), objects to Debtor's Chapter 13 Plan on the following grounds:

Debtor's Plan omits the claims of the Tax Collector.

The Tax Collector has claims against the Debtor as follows:

1) There is a $1243.22 delinquent secured property tax claim against Debtor for APN 40A-3457-74 for tax year 2017-18 (see attached Exhibit A). This claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T) Code section 2192.1. Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

2) There is a $1243.22 delinquent secured property tax claim against Debtor for APN 40A-3457-75 for tax year 2017-18 (see attached Exhibit B). This

claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T) Code section 2192.1.  Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

3) There is a $1243.22 delinquent secured property tax claim against Debtor for APN 40A-3457-76 for tax year 2017-18 (see attached Exhibit C). This claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T) Code section 2192.1.  Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

4) There is a $2815.13 delinquent secured property tax claim against Debtor for APN 40A-3457-77 for tax year 2017-18 (see attached Exhibit D). This claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T) Code section 2192.1.  Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

Dated: May 30, 2018

DONNA R. ZIEGLER
County Counsel, in and for
County of Alameda, State of California

By: */ s / Farand Kan*
   FARAND KAN
   Deputy County Counsel
Attorneys for Creditor County of Alameda
Treasurer-Tax Collector

# Exhibit A

**FORM B10** (Official Form 10) (04/04)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF CALIFORNIA | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>ROSEMARY GREENE | Case Number<br>CHAPTER 13<br>CASE# 17-41704 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>40A-3457-74 | Check here<br>If this claim ☐ replaces a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:**
2017-18

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $1,243.22
PLUS 18% INTEREST. PER ANNUM IF NOT TIMELY PAID
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $1,243.22
PLUS 18% INTEREST PER ANNUM. $1,243.22 TAX PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. . § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>4/30/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br>*Jack Wong*<br>JACK WONG, DEPUTY | This Space is for Court Use Only |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# 2017-2018
For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax-Rate Area | Special Handling |
|---|---|---|---|
| 40A-3457-74 | 08849800 | 17-001 | 045 |

Location of Property
8009 GREENRIDGE DR, OAKLAND
Assessed to on January 1, 2017
GREENE ROSEMARY

GREENE ROSEMARY TR
8000 HANSOM DR
OAKLAND, CA 94605

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA PARAMEDIC | (800)441-8280 | 31.72 |
| CSA VECTOR CONTROL | (800)273-5167 | 7.20 |
| CITY EMERG MEDICAL | (510)238-2942 | 14.40 |
| CITY PARAMEDIC SRV | (510)238-2942 | 11.46 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.00 |
| * OUSD MEASURE N | (510)879-8884 | 120.00 |
| * OUSD MEASURE G1 | (510)879-8884 | 120.00 |
| VIOLENCE PREV TAX | (510)238-2942 | 105.42 |
| SFBRA MEASURE AA | (888)508-8157 | 12.00 |
| FLOOD BENEFIT 12 | (510)670-6615 | 4.64 |
| HAZ WASTE PROGRAM | (877)786-7927 | 8.46 |
| CSA VECTOR CNTRL B | (800)273-5167 | 2.48 |
| MOSQUITO ASSESS 2 | (800)273-5167 | 1.52 |
| AC TRANSIT MEAS VV | (800)273-5167 | 96.00 |
| CITY LIBRARY SERV | (510)238-2942 | 101.62 |
| EBMUD WETWEATHER | (866)403-2683 | 98.80 |
| * EAST BAY TRAIL LLD | (888)512-0316 | 5.44 |
| * EBRP PARK SAFETY/M | (888)512-0316 | 12.00 |
| CITY LANDSCP/LIGHT | (510)238-2942 | 76.98 |

\* Possible Sr Exempt - Call Agency

| Total Fixed Charges and/or Special Assessments | | 1,075.88 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 34,986 | | |
| IMPROVEMENTS | 69,683 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 104,669 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 104,669 | 1.3486% | 1,411.56 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 104,669 | 1.3486% | 1,411.56 |
| | | | 1,411.56 |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| PAID | $1,243.22 | $2,486.44 |

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 1,046.69 |
| VOTER APPROVED DEBT SERVICE : | | |
| CITY OF OAKLAND 1 | .2045% | 214.04 |
| SCHOOL UNIFIED | .1015% | 106.24 |
| SCHOOL COMM COLL | .0310% | 32.45 |
| BAY AREA RAPID TRANSIT | .0084% | 8.79 |
| EAST BAY REGIONAL PARK | .0021% | 2.20 |
| EBMUD SPEC DIST 1 | .0011% | 1.15 |
| TOTAL | 1.3486% | 1,411.56 |

### PLEASE READ IMPORTANT MESSAGES

✉ A FEE OF $ 61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.

 ECHECK ACCEPTED THROUGH JUNE 30, 2018
ONLINE @www.acgov.org/propertytax/ .

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED
ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800, MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2018 . A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES
ONLINE @ www.acgov.org/propertytax/ .

### PLEASE SEE REVERSE FOR MORE INFORMATION

☏ Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

☏ Assessor's Office
Valuation/Exemption
(510) 272-3787     (510) 272-3770

Form 114-SC01 (rev. 9/06)

---

**SECOND INSTALLMENT PAYMENT, 2017-2018**       2
PARCEL NO. 40A-3457-74
TRACER NO. 08849800

**2** THIS AMOUNT DUE FEB. 1, 2018 → $1,243.22

Pay this amount after APRIL 10, 2018
(This includes delinquent penalty of 10% and $10.00 cost)

$1,377.54

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR SECOND PAYMENT

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018  0088498002  9000124322  00000000

---

**FIRST INSTALLMENT PAYMENT, 2017-2018**       1
PARCEL NO. 40A-3457-74
TRACER NO. 08849800

**1** THIS AMOUNT DUE NOV. 1, 2017 → PAID

Pay this amount after DECEMBER 10, 2017
(This includes delinquent penalty of 10%)

$.00

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR FIRST PAYMENT

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018  2088498001  9000124322  00000000

# Exhibit B

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF CALIFORNIA | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>ROSEMARY GREENE | Case Number<br>CHAPTER 13<br>CASE# 17-41704 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>40A-3457-75 | Check here<br>☐ replaces<br>If this claim _____ a previously filed claim, dated: ____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other ____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: ____
  Unpaid compensation for services performed
  from ____ to ____
      (date)       (date)

**2. Date debt was incurred:**
2017-18

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $1,243.22
PLUS 18% INTEREST. PER ANNUM IF NOT TIMELY PAID
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle
☐ Other

Value of Collateral: $ ____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $1,243.22
PLUS 18% INTEREST PER ANNUM. $1,243.22 TAX
PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ ____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ ____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. . § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date<br>4/30/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# 2017-2018
For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax Rate Area | Special Handling |
|---|---|---|---|
| 40A-3457-75 | 08849900 | 17-001 | 045 |

Location of Property
8009 GREENRIDGE DR, OAKLAND
Assessed to on January 1, 2017
GREENE ROSEMARY

GREENE ROSEMARY TR
8000 HANSOM DR
OAKLAND, CA 94605

### Tax Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 1,046.70 |
| VOTER APPROVED DEBT SERVICE | | |
| CITY OF OAKLAND 1 | .2045% | 214.03 |
| SCHOOL UNIFIED | .1015% | 106.24 |
| SCHOOL COMM COLL | .0310% | 32.45 |
| BAY AREA RAPID TRANSIT | .0084% | 8.79 |
| EAST BAY REGIONAL PARK | .0021% | 2.20 |
| EBMUD SPEC DIST 1 | .0011% | 1.15 |
| **TOTAL** | **1.3486%** | **1,411.56** |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA PARAMEDIC | (800)441-8280 | 31.72 |
| CSA VECTOR CONTROL | (800)273-5167 | 7.20 |
| CITY EMERG MEDICAL | (510)238-2942 | 14.40 |
| CITY PARAMEDIC SRV | (510)238-2942 | 11.46 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.00 |
| * OUSD MEASURE N | (510)879-8884 | 120.00 |
| * OUSD MEASURE G1 | (510)879-8884 | 120.00 |
| VIOLENCE PREV TAX | (510)238-2942 | 105.42 |
| SFBRA MEASURE AA | (888)508-8157 | 12.00 |
| FLOOD BENEFIT 12 | (510)670-6615 | 4.64 |
| HAZ WASTE PROGRAM | (877)786-7927 | 8.46 |
| CSA VECTOR CNTRL B | (800)273-5167 | 2.48 |
| MOSQUITO ASSESS 2 | (800)273-5167 | 1.52 |
| AC TRANSIT MEAS VV | (800)273-5167 | 96.00 |
| CITY LIBRARY SERV | (510)238-2942 | 101.62 |
| EBMUD WETWEATHER | (866)403-2683 | 98.80 |
| * EAST BAY TRAIL LLD | (888)512-0316 | 5.44 |
| * EBRP PARK SAFETY/M | (888)512-0316 | 12.00 |
| CITY LANDSCP/LIGHT | (510)238-2942 | 76.98 |

\* Possible Sr Exempt - Call Agency

Total Fixed Charges and/or Special Assessments: **1,074.88**

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 34,986 | | |
| IMPROVEMENTS | 69,684 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 104,670 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 104,670 | 1.3486% | 1,411.56 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 104,670 | 1.3486% | 1,411.56 |
| | | | **1,411.56** |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| PAID | $1,243.22 | $2,486.44 |

### PLEASE READ IMPORTANT MESSAGES

A FEE OF $ 61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.

---

**SECOND INSTALLMENT PAYMENT, 2017-2018**   2
PARCEL NO. 40A-3457-75
TRACER NO. 08849900

**2**   THIS AMOUNT DUE FEB. 1, 2018 → $1,243.22

Pay this amount after APRIL 10, 2018
(This includes delinquent penalty of 10% and $10.00 cost)

Do Not Use This Stub After JUNE 30, 2018

$1,377.54

SEND THIS STUB WITH YOUR SECOND PAYMENT

DUPLICATE
Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018 9088499002 9000124322 00000000

---

ECHECK ACCEPTED THROUGH JUNE 30, 2018
ONLINE @www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED
ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800, MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2018. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES
ONLINE @ www.acgov.org/propertytax/.

### PLEASE SEE REVERSE FOR MORE INFORMATION

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787   (510) 272-3770

Form 114-SC01 (rev. 9/06)

---

**FIRST INSTALLMENT PAYMENT, 2017-2018**   1
PARCEL NO. 40A-3457-75
TRACER NO. 08849900

**1**   THIS AMOUNT DUE NOV. 1, 2017 → **PAID**

Pay this amount after DECEMBER 10, 2017
(This includes delinquent penalty of 10%)

Do Not Use This Stub After JUNE 30, 2018

$.00

SEND THIS STUB WITH YOUR FIRST PAYMENT

DUPLICATE
Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018 1088499001 9000124322 00000000

# Exhibit C

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court NORTHERN DISTRICT OF CALIFORNIA | District of CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor ROSEMARY GREENE | Case Number CHAPTER 13 CASE# 17-41704 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent: ALAMEDA COUNTY TAX COLLECTOR 1221 OAK STREET OAKLAND, CA 94612 Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case. ☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: 40A-3457-76 | Check here ☐ replaces If this claim ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)      (date)

**2. Date debt was incurred:** 2017-18

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $1,243.22
PLUS 18% INTEREST, PER ANNUM IF NOT TIMELY PAID

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $1,243.22
PLUS 18% INTEREST PER ANNUM. $1,243.22 TAX
PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This Space is for Court Use Only

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 4/30/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any): *Jack Wong* JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# 2017-2018
For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

## ALAMEDA COUNTY
## SECURED PROPERTY TAX STATEMENT
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax-Rate Area | Special Handling |
|---|---|---|---|
| 40A-3457-76 | 08850000 | 17-001 | 045 |

Location of Property
8009 GREENRIDGE DR, OAKLAND
Assessed to on January 1, 2017
GREENE ROSEMARY

GREENE ROSEMARY TR
8000 HANSOM DR
OAKLAND, CA 94605

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA PARAMEDIC | (800)441-8280 | 31.72 |
| CSA VECTOR CONTROL | (800)273-5167 | 7.20 |
| CITY EMERG MEDICAL | (510)238-2942 | 14.40 |
| CITY PARAMEDIC SRV | (510)238-2942 | 11.46 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.00 |
| * OUSD MEASURE N | (510)879-8884 | 120.00 |
| * OUSD MEASURE G1 | (510)879-8884 | 120.00 |
| VIOLENCE PREV TAX | (510)238-2942 | 105.42 |
| SFBRA MEASURE AA | (888)508-8157 | 12.00 |
| FLOOD BENEFIT 12 | (510)670-6615 | 4.64 |
| HAZ WASTE PROGRAM | (877)786-7927 | 8.46 |
| CSA VECTOR CNTRL B | (800)273-5167 | 2.48 |
| MOSQUITO ASSESS 2 | (800)273-5167 | 1.52 |
| AC TRANSIT MEAS VV | (800)273-5167 | 96.00 |
| CITY LIBRARY SERV | (510)238-2942 | 101.62 |
| EBMUD WETWEATHER | (866)403-2683 | 98.80 |
| * EAST BAY TRAIL LLD | (888)512-0316 | 5.44 |
| * EBRP PARK SAFETY/M | (888)512-0316 | 12.00 |
| CITY LANDSCP/LIGHT | (510)238-2942 | 76.98 |

* Possible Sr Exempt - Call Agency

| Total Fixed Charges and/or Special Assessments | | 1,074.88 |

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 1,046.69 |
| VOTER APPROVED DEBT SERVICE | | |
| CITY OF OAKLAND 1 | .2045% | 214.04 |
| SCHOOL UNIFIED | .1015% | 106.24 |
| SCHOOL COMM COLL | .0310% | 32.45 |
| BAY AREA RAPID TRANSIT | .0084% | 8.79 |
| EAST BAY REGIONAL PARK | .0021% | 2.20 |
| EBMUD SPEC DIST 1 | .0011% | 1.15 |
| TOTAL | 1.3486% | 1,411.56 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 34,986 | | |
| IMPROVEMENTS | 69,683 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 104,669 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 104,669 | 1.3486% | 1,411.56 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 104,669 | 1.3486% | 1,411.56 |
| | | | 1,411.56 |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| PAID | $1,243.22 | $2,486.44 |

## PLEASE READ IMPORTANT MESSAGES

✉ A FEE OF $ 61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.



## SECOND INSTALLMENT PAYMENT, 2017-2018   2
PARCEL NO 40A-3457-76
TRACER NO. 08850000

**2**   THIS AMOUNT DUE  FEB. 1, 2018 →  $1,243.22

Pay this amount after APRIL 10, 2018
(This includes delinquent penalty of 10% and $10.00 cost)

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR SECOND PAYMENT

$1,377.54

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018  6088500002  9000124322  00000000

 ECHECK ACCEPTED THROUGH JUNE 30, 2018
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED
ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800, MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2018. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES
ONLINE @ www.acgov.org/propertytax/.

## PLEASE SEE REVERSE FOR MORE INFORMATION

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787    (510) 272-3770

## FIRST INSTALLMENT PAYMENT, 2017-2018   1
PARCEL NO. 40A-3457-76
TRACER NO. 08850000

**1**  THIS AMOUNT DUE  NOV. 1, 2017 →  PAID

Pay this amount after DECEMBER 10, 2017
(This includes delinquent penalty of 10%)

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR FIRST PAYMENT

$.00

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018  8088500001  9000124322  00000000

Form 114-SC01 (rev. 9/06)

Case: 17-41704   Doc# 118   Filed: 05/30/18   Entered: 05/30/18 11:20:45   Page 11 of 15

# Exhibit D

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF CALIFORNIA | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>ROSEMARY GREENE | Case Number<br>CHAPTER 13<br>CASE# 17-41704 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>40A-3457-77 | Check here<br>☐ replaces<br>If this claim            a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)      (date)

**2. Date debt was incurred:**
2017-18

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $2,815.13
PLUS 18% INTEREST, PER ANNUM IF NOT TIMELY PAID

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $2,815.13
PLUS 18% INTEREST PER ANNUM. $2,815.13 TAX PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. . § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date<br>4/30/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# 2017-2018
For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax-Rate Area | Special Handling |
|---|---|---|---|
| 40A-3457-77 | 08850100 | 17-001 | 045 |

Location of Property
8009 GREENRIDGE DR, OAKLAND
Assessed to on January 1, 2017
GREENE ROSEMARY

GREENE ROSEMARY TR
8000 HANSOM DR
OAKLAND, CA 94605

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA PARAMEDIC | (800)441-8280 | 31.72 |
| CSA VECTOR CONTROL | (800)273-5167 | 7.20 |
| CITY EMERG MEDICAL | (510)238-2942 | 14.40 |
| CITY PARAMEDIC SRV | (510)238-2942 | 11.46 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.00 |
| * OUSD MEASURE N | (510)879-8884 | 120.00 |
| * OUSD MEASURE G1 | (510)879-8884 | 120.00 |
| VIOLENCE PREV TAX | (510)238-2942 | 105.42 |
| DEL GRBG ASSESS | (510)238-7474 | 3,143.82 |
| SFBRA MEASURE AA | (888)508-8157 | 12.00 |
| FLOOD BENEFIT 12 | (510)670-6615 | 4.64 |
| HAZ WASTE PROGRAM | (877)786-7927 | 8.46 |
| CSA VECTOR CNTRL B | (800)273-5167 | 2.48 |
| MOSQUITO ASSESS 2 | (800)273-5167 | 1.52 |
| AC TRANSIT MEAS VV | (800)273-5167 | 96.00 |
| CITY LIBRARY SERV | (510)238-2942 | 101.62 |
| EBMUD WETWEATHER | (866)403-2683 | 98.80 |
| * EAST BAY TRAIL LLD | (888)512-0316 | 5.44 |
| * EBRP PARK SAFETY/M | (888)512-0316 | 12.00 |
| CITY LANDSCP/LIGHT | (510)238-2942 | 76.98 |

* Possible Sr Exempt - Call Agency

**Total Fixed Charges and/or Special Assessments: 4,218.70**

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 1,046.69 |
| VOTER APPROVED DEBT SERVICE | | |
| CITY OF OAKLAND 1 | .2045% | 214.04 |
| SCHOOL UNIFIED | .1015% | 106.24 |
| SCHOOL COMM COLL | .0310% | 32.45 |
| BAY AREA RAPID TRANSIT | .0084% | 8.79 |
| EAST BAY REGIONAL PARK | .0021% | 2.20 |
| EBMUD SPEC DIST 1 | .0011% | 1.15 |
| **TOTAL** | **1.3486%** | **1,411.56** |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 34,986 | | |
| IMPROVEMENTS | 69,683 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 104,669 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 104,669 | 1.3486% | 1,411.56 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 104,669 | 1.3486% | 1,411.56 |
| | | | 1,411.56 |

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| PAID | $2,815.13 | $5,630.26 |

### PLEASE READ IMPORTANT MESSAGES

A FEE OF $61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.

ECHECK ACCEPTED THROUGH JUNE 30, 2018 ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800, MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2018. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/.

**PLEASE SEE REVERSE FOR MORE INFORMATION**

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787     (510) 272-3770

Form 114-SC01 (rev. 9/08)

---

### SECOND INSTALLMENT PAYMENT, 2017-2018    2

PARCEL NO. 40A-3457-77
TRACER NO. 08850100

**2**

THIS AMOUNT DUE  FEB. 1, 2018 → $2,815.13

Pay this amount after APRIL 10, 2018
(This includes delinquent penalty of 10% and $10.00 cost)

$3,106.64

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR SECOND PAYMENT

DUPLICATE

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018 5088501002 2000281513 00000000

### FIRST INSTALLMENT PAYMENT, 2017-2018    1

PARCEL NO. 40A-3457-77
TRACER NO. 08850100

**1**

THIS AMOUNT DUE  NOV. 1, 2017 → PAID

Pay this amount after DECEMBER 10, 2017
(This includes delinquent penalty of 10%)

$.00

Do Not Use This Stub After JUNE 30, 2018

SEND THIS STUB WITH YOUR FIRST PAYMENT

DUPLICATE

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

02018 7088501001 2000281513 00000000

# CERTIFICATE OF SERVICE

I, Judy A. Martinez, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On this day, I served a true and accurate copy of the documents entitled:

1. CREDITOR COUNTY OF ALAMEDA TREASURER – TAX COLLECTOR'S OBJECTION TO PLAN and

2. CERTIFICATE OF SERVICE.

on each of the following parties in this action:

**(X)** **BY CM/ECF:** I caused such documents to be electronically transmitted via the U.S. Court's Case Management/Electronic Case Files system to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at Oakland, California, on May 30, 2018.

           */s/ Judy A. Martinez*
           Judy A. Martinez