Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Creditors
Bosco and Maya Kante

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-41704 CN13 |
| Rosemary Greene | Chapter 13 |
| Debtors. | **Stipulation to Dismiss Case** |

This Stipulation is entered into by and between Debtor Rosemary Greene by and through her attorney Darya Druch, Moran Law Group Inc. by and through Renee C. Mendoza, and Creditors Bosco and Maya Kante, by and through their attorney Andrew Christensen.

The parties hereby stipulate to dismissal of the case. This stipulation is to resolve the Creditor's Motion to Dismiss filed by Creditors Bosco and Maya Kante on February 19, 2018. The parties stipulate that the case will be dismissed immediately upon entry of the order approving this stipulation, and that the Court will retain jurisdiction to hear the fee application of Moran Law Group Inc. that has been filed and set for hearing, and that the case shall be closed after the hearing on the fee application.

IT IS SO STIPULATED:

Dated: June 28, 2018

Andrew Christensen
Attorney for Creditors

Dated: June 28, 2018

Darva Druch
Attorney for Debtor

| | |
|---|---|
| June 28, 2018 | /s/ Renee C. Mendoza<br>Renee C. Mendoza<br>Attorney for Debtor |
| June 28, 2018 | /s/ Rosemary Greene<br>Rosemary Greene<br>Debtor |